CANADY, J.,
concurring in result.
I agree with the majority that the Fifth District was correct in affirming Knight’s conviction. But I disagree with the majority’s decision to retain the reasonable-hypothesis-of-innocence special standard of review.
As Judge Lawson cogently explains, the special standard of review is both confusing and misleading. See Knight v. State, 107 So.3d 449, 456-61 (Fla. 5th DCA 2013). It is a striking and inexplicable anomaly that we have rejected the reasonable-hypothesis-of-innocence jury instruction but have nonetheless retained the special standard of review. I agree with Judge Lawson that this anomaly in our jurisprudence should be corrected by eliminating the special standard of review.